**Order entered February 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01473-CV

**PINNACLE PROPANE, LLC, Appellant**

**V.**

**MICHAEL KLEIN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16057**

## ORDER

Before the Court is appellant's February 6, 2019 unopposed motion for extension of time to file brief. Appellant explains the extension is necessary, in part, because the reporter's record is incomplete. Appellant notes it has communicated with the court reporter, who advised that she "will begin preparing the omitted transcript."

An appellant's brief is not due until the complete appellate record is filed. Accordingly, we **GRANT** the motion to the extent we **ORDER** court reporter Vielica Dobbins to file the supplemental reporter's record no later than February 25, 2019 and appellant to file its brief within twenty days of the filing of the record. Because this is an accelerated appeal, we caution Ms. Dobbins that extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/     BILL WHITEHILL
        JUSTICE